**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KENNETH CARROLL, ELIZABETH A. CARROLL, and CARROLL CAPITAL HOLDIINGS LLC, | : : | Case No. 05 CV 391 (LAK) ECF CASE |
| Plaintiffs, | : | |
| -against- | : | |
| LEBOEUF, LAMB, GREENE & MACRAE, LLP; GRAHAM TAYLOR ; SIDLEY AUSTIN BROWN & WOOD LLP; SABW HOLDING, LLP, R. J. RUBLE; FAMILY INVESTMENT STATUTORY TRUST; CHENERY ASSOCIATES, INC.; SUSSEX FINANCIAL ENTERPRISES, INC.; CHENERY MANAGEMENT, INC.; ROY E. HAHN; GRANT THORNTON LLP; JAY A. BRICHKE; JAY A. BRICHKE, CPA, L.L.C.; GRAF REPETTI & CO., LLP; and DOES 1 through 20, | : : : : : : : | |
| Defendants. | : | |

**DEFENDANTS LEBOEUF, LAMB, GREENE & MACRAE, LLP'S AND GRAHAM TAYLOR'S INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(a)(1)**

Pursuant to Rule 26(a)(1), defendants LeBoeuf, Lamb, Greene & MacRae, LLP ("LeBoeuf") and Graham Taylor provide the following initial disclosures:

A.     Identity of Witnesses.

The name and, if known, the address and telephone number of those persons whom LeBoeuf and Graham Taylor presently believe are likely to have discoverable information that they may use to support their defenses, unless solely for impeachment, and the subjects of the information.

1.     Phil Groves
       Larry Nealy
       James Dee
       William Iadarola
       Mark Rhyme
       Sonny Grover
       and other unknown persons affiliated
       and/or previously affiliated with:

myCFO, Inc.
myCFO Investment Advisory Services, LLC
myCFO Securities, LLC
c/o Starz Holding Co.
Addresses unknown

Subjects:  Communications among myCFO and its representatives, plaintiffs and

their representatives, defendants and their representatives, and/or other persons

and entities, regarding the distressed asset investment entered into by the

Carrolls, including plaintiffs' retention of myCFO, and all tax, investment,

securities, audit, and other advice rendered to plaintiffs; the absence of alleged

RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

2.    Laura S. Hundley
      Michael Sherman
      Eric Kramer
      and other unknown persons affiliated with:
      Crestone Capital Advisors, LLC
      1050 Walnut Street, Suite 402
      Boulder, CO  80302
      303-442-4447

Subjects:  Communications among Crestone Capital Advisors representatives,

plaintiffs and their representatives, defendants and their representatives, and/or

other persons and entities, regarding the distressed asset investment entered into

by the Carrolls, including tax and investment advice given to plaintiffs; the

absence of alleged RICO activities, alleged conspiratorial conduct and alleged

wrongdoing.

3.    Ron Barsky, CPA
      347 Fifth Avenue, 3606
      New York, NY  10016

Subjects:  Communications among Barsky and his representatives, plaintiffs and

their representatives, defendants and their representatives, and/or other persons

and entities, regarding the distressed asset investment entered into by the Carrolls, including tax and investment advice given to plaintiffs.

4.      Laurence E. Nemirow, Esq.
        and other unknown persons affiliated with:
        Davis, Graham & Stubbs, LLP
        1550 17th Street, Suite 500
        Denver, CO  80202
        303-892-7443

        Subjects:  Communications among Davis Graham lawyers, including Nemirow, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, including legal, tax and investment advice given to plaintiffs; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

5.      Roy Hahn
        Larry Austin
        Bill Tsai
        Cynthia Morelli
        Thomas Bellig
        Chenery Associates
        Sussex Financial Enterprises, Inc.
        Chenery Management, Inc.
        c/o counsel of record
        McDermott, Will & Emery

        Subjects:  The development and structure of the distressed asset investment entered into by the Carrolls; communications among Chenery and its representatives, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding that investment; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

6.      Graham Taylor
        c/o counsel of record
        Gaims, Weil, West & Epstein, LLP

        Subjects:  The legal services performed by LeBoeuf for plaintiffs; communications

        among LeBoeuf lawyers, plaintiffs and their representatives, defendants and their

        representatives, and/or other persons and entities, regarding the distressed asset

        investment entered into by the Carrolls, including legal advice given to plaintiffs;

        the absence of alleged RICO activities, alleged conspiratorial conduct and alleged

        wrongdoing.

7.      Kenneth Carroll
        Elizabeth Carroll
        Carroll Capital Holdings, LLC
        c/o counsel of record
        Fensterstock & Partners, LLP

        Subjects:  Legal, tax and investment advice given to plaintiffs in connection with

        the distressed asset investment entered into by the Carrolls; communications

        among plaintiffs and their representatives, defendants and their representatives

        and/or other persons and entities, regarding that investment; investments made

        by or on behalf of plaintiffs generating capital gains offset by capital losses

        sustained as a result of the subject investment; plaintiffs' alleged damages; the

        absence of alleged RICO activities, alleged conspiratorial conduct and alleged

        wrongdoing.

8.      Persons unknown with
        Sidley Austin Brown & Wood, LLP
        c/o counsel of record
        Covington & Burling and
        Munger Tolles & Olsen

        Subjects:  The legal services performed by Sidley for plaintiffs; communications

        among Sidley lawyers, plaintiffs and their representatives, defendants and their

        representatives, and/or other persons and entities, regarding the distressed asset

investment entered into by the Carrolls, including tax and legal advice given to plaintiffs; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

9.    Persons unknown with
      Grant Thornton, LLP
      c/o its counsel of record
      Stroock & Stroock & Lavan, LLP

      Subjects:  The accounting and tax return preparation services performed by Grant Thornton for plaintiffs and/or Han Kook IE and Han Kook IIE; communications among Grant Thornton, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

10.   R.J. Ruble
      c/o counsel of record
      Frankel & Abrams

      Subjects:  The legal services performed by Sidley for plaintiffs; communications among Sidley lawyers, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, including tax and legal advice given to plaintiffs; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

11.   Jay Brichke
      Jay A. Brichke, CPA LLC
      c/o counsel of record
      Wilson Elser Moskowitz Edelman & Dicker

      Subjects:  The accounting and tax return preparation services performed by Brichke for plaintiffs, and communications among Brichke, plaintiffs and their

representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls.

12.     Persons unknown with
        Graf Repetti & Co., Inc.
        c/o counsel of record
        Harrington, Ocko & Monk LLP

        Subjects:  The accounting and tax return preparation services performed by Graf Repetti for plaintiffs, and communications among Graf Repetti, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls.

13.     James Woods
        Charles Lee
        LeBoeuf, Lamb, Green & MacRae, LLP
        c/o counsel of record
        Gaims, Weil, West & Epstein, LLP

        Subjects:  The practice of the LeBoeuf firm; legal services performed by LeBoeuf for plaintiffs and communications among LeBoeuf lawyers, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, including legal advice given to plaintiffs.

14.     Soo Keun Pak and
        persons unknown with
        PricewaterhouseCoopers
        Samil Accounting Corporation
        (Korean Network firm of Pricewaterhouse Coopers)
        191 Hankangro 2 ga, Yongsanku
        Seoul 140-702
        Korea
        82 2 709-0800

        Subjects:  The loan due diligence services performed by PricewaterhouseCoopers in connection with the distressed asset investment entered into by the Carrolls and communications among PricewaterhouseCoopers and its representatives,

- 6 -

plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the loans and those services; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

15.     Persons unknown with
        Internal Revenue Service
        with knowledge of the plaintiffs'
        2001/2002 original and amended returns

        Subjects:  Communications among the IRS and its representatives, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, deductions taken by the Carrolls on their tax returns in connection that investment, and/or audits of the Carrolls' tax returns

16.     Persons unknown with
        New Jersey taxing authority
        with knowledge of the plaintiffs'
        2001/2002 original and amended returns

        Subjects:  Communications among the taxing authority and its representatives, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, deductions taken by the Carrolls on their tax returns in connection that investment, and/or audits of the Carrolls' tax returns

17.     Persons unknown with
        HarrismyCFO, Inc.
        2029 Century Park East, Suite 800
        Los Angeles, CA  90067
        310-407-1100

        Subjects:  Communications among HarrismyCFO and its representatives, plaintiffs and their representatives, defendants and their representatives, and/or other persons and entities, regarding the distressed asset investment entered into by the Carrolls, including all tax, investment, securities, audit, and other advice

rendered to plaintiffs; the absence of alleged RICO activities, alleged conspiratorial conduct and alleged wrongdoing.

B.     <u>Documents.</u>

Pursuant to agreement of counsel, on April 8, 2005, LeBoeuf and Taylor will make available for inspection and copying at their counsel of record's office, Gaims, Weil, West & Epstein, LLP, 1875 Century Park East, Suite 1200, Los Angeles, CA 90067, documents, data compilations and tangible things that are in their possession, custody and control that they may use to support their defenses, unless solely for impeachment.

C.     <u>Insurance Agreement.</u>

LeBoeuf will make available for inspection and copying its relevant insurance agreement, which shall be subject to the confidentiality provisions of the protective order counsel for the parties have agreed to enter into in this action.  Graham Taylor has no insurance agreement under which any insurer may be liable to satisfy all or part of a judgment which may be entered against him to indemnify or reimburse for payments made to satisfy a judgment herein.

     D.    <u>Other</u>.

Discovery has not yet commenced and the LeBoeuf firm and Mr. Taylor reserve the right to supplement their initial disclosures.

                                          GAIMS, WEIL, WEST & EPSTEIN
ALAN JAY WEIL
AMY L. RICE
ANDREW M. VOGEL


By: _____
Amy L. Rice (AR 9638)

1875 Century Park East, 12th Floor
Los Angeles, California 90067-2513
(310) 407-4500

 and

HINSHAW & CULBERTSON, LLP
GERI S. KRAUSS (GK 8475)
780 Third Avenue, 4th Floor
New York, NY 10017-2024
(212) 471-6227


*Attorneys for Defendants LeBoeuf, Lamb, Greene &*
*MacRae, LLP and Graham Taylor*

- 9 -